IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MATTHEW EVANS,

    Petitioner,

    v.                                     Case No. 20-cv-839-bbc

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Matthew Evans denying Evans' motion for post conviction relief under 28 U.S.C § 2255 as untimely and dismissing this case.

| s/ K. Frederickson, Deputy Clerk | September 22, 2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |