RECEIVED 2020 OCT 21 AM 10:29 PETER OPPENEER CLERK US DIST CRT WD OF WI

Case # 20-cv-839-bbc
Docket # 20-1648

Matthew Evans
    Defendant-appellant

                            Notice of Appeal

    v.

United States of America
    Plaintiff-Appellee

District court Judge Barbara Crabb Continue to abuse her Discretion and Defy this Court order Mandating the review of Petitioner-Evans 2255 Motion as articulated in this Court order dated 5/18/2020. Judge Crabb Contents of the 2016 motion. Can this Court Please assign a new Judge and remand for review as Said by this Court order of May. 18 2020.

                Respectfully
                Matthew Evans   06551-090.